IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIAN GRIFFEE, | § | |
| Plaintiff, | § § § | |
| v. | § § | 3:18-CV-1026-M-BT |
| BLAKE M. OWENS, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated November 21, 2018. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. Accordingly, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand (ECF No. 9) is GRANTED, and that the case is REMANDED to the state court from which it was removed.

**SO ORDERED,** this 17th day of December, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE